STATE of Minnesota, Respondent,

v.

Randall Stewart DULSKI,
petitioner, Appellant.

C1–84–1599.

Supreme Court of Minnesota.

Jan. 16, 1985.

ORDER

Based upon all the files, records and proceedings herein, including the oral arguments of counsel, and a majority of the court concurring,

IT IS HEREBY ORDERED that the decision of the Court of Appeals dated November 27, 1984, 358 N.W.2d 447, be, and the same is, reversed, and that Randall Stewart Dulski be given credit against his Ramsey County sentence on attempted simple burglary for time spent in jail from April 3, 1984, to July 12, 1984. Opinion will follow.

Opinion, 363 N.W.2d 307.